```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**      :
                                  :
**vs.**                           :   CRIMINAL NO. 17-00017-WS
                                  :
**TEOFILO RUIZ MURILLO,**         :
                                  :
   **Defendant.**                 :

## ORDER

A pretrial conference was conducted before the undersigned Magistrate Judge on March 14, 2017. Participants in the conference included Dom Soto, counsel for Defendant Teofilo Ruiz Murillo, and Assistant U.S. Attorney George May, counsel for the Government.

At the pretrial conference, Mr. May orally requested a continuance on the ground that a special trial setting is necessary to ensure that the Government's witnesses are available for trial. According to Mr. May, the Government's witnesses are Coast Guard pilots and members of a Coast Guard boarding team based in Virginia. These individuals are regularly deployed on various assignments patrolling the high seas; thus, in order to ensure that they are not deployed and are available for trial, the Government seeks a special setting.  Mr. Soto advised that

the Defendant does not oppose the Government's continuance request.

Upon consideration, the undersigned concludes that the ends of justice served by continuing this action for one term outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A).  This is the first trial setting in this case in which Defendant is charged with conspiracy to possess and distribute cocaine aboard a vessel and possession with intent to distribute cocaine aboard a vessel. The undersigned finds, under the circumstances, that continuing this action one term so that the Coast Guard witnesses, who are regularly deployed, can adjust their schedules and make themselves available for trial is reasonable. 18 U.S.C.A. §3161(h)(7)(A).  Accordingly, the request for a continuance and special setting is **GRANTED.  This case is hereby CONTINUED to the May 2017 criminal term, with jury selection on May 1, 2017.  The trial will began immediately following jury selection.** For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Clerk is directed to refer this action to Magistrate Judge Murray.

**DONE** this **24th** day of **March, 2017.**

                                                    **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**